PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: SAMUEL BENITEZ        Case Number: CR 03-00580HG-02

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 2/11/2005

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A Felony

Original Sentence:  Forty-six (46) months imprisonment and five (5) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 2) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release         Date Supervision Commenced: N/A

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   3)   *That the defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.*

Prob 12B
(7/93)

2

## CAUSE

The subject is currently incarcerated and has a projected release date of 2/18/2007. During the prerelease planning process, he requested to relocate to a family friend's residence located in Stockton, California. The Probation Office in the Eastern District of California (E/D CA) is willing to accept the subject's case for supervision but with a request that a special condition for warrantless search be imposed. The E/D CA believes that a search condition is needed to adequately supervise the subject based on the offense conduct.

This report also serves to inform the Court that the E/D CA will accept a transfer of jurisdiction in order to expedite any future matters that may require Court intervention.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 9/15/2006

Prob 12B
(7/93)

3

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[  ]    Other

_____
HELEN GILLMOR
Chief District Court Judge

_____9.21.06_____
Date

Prob 49

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

> **That the defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.**

Witness: _____  Date: 8/11/06
RAFAEL G. LOYA
United States Probation Officer

Signed: _____  Date: 8/29/06
Samuel Benitez
Supervised Releasee

Rev. 5/2006
VIOLATION_WAIVER (PROB49).MRG

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII
### PROBATION OFFICE

RICHARD W. CRAWFORD
Chief Probation Officer

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX. (808) 541-1345

## FACSIMILE TRANSMITTAL LETTER

| | | | |
|---|---|---|---|
| TO: | Fran Cuesta<br>Mahoney Hale Director | FAX NO.: | 748-4346 |
| | | PHONE NO.: | |
| FROM: | Merilee Lau<br>U.S. Probation Officer<br>Honolulu, Hawaii | FAX NO.:<br>PHONE NO.: | (808) 541-1345<br>(808) 541-2227 |
| DATE: | September 25, 2006 | | |
| RE: | Glenn Yonamine | | |

Transmitted herewith: TOTAL PAGES including this page __1__

### DESCRIPTION

Hi Fran,

Thank you for passing on the message to Virginia.

May I have your assistance with Glenn? I need to make an appointment to see him but I don't know his schedule. If he can call me at 541-2227. Thank you.

Merilee