ORIGINAL

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>CR 03-00580HG-02 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)*<br>**0971/5:07CR00243 RMW** |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>SAMUEL BENITEZ | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br><br>HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>3/9/2007 | TO<br>3/8/2012 |

OFFENSE

21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> (San Jose) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4.10.07
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 19, 2007
_____
Effective Date

_____
United States District Judge